**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-24883 |
| | § | |
| LAKEVA SCOTT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $9,675.00 | Assets Exempt: | $10,300.00 |
| Total Distributions to Claimants: | $1,223.32 | Claims Discharged Without Payment: | $53,708.06 |
| Total Expenses of Administration: | $473.52 | | |

3)    Total gross receipts of $2,876.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,179.16 (see **Exhibit 2),** yielded net receipts of $1,696.84 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $8,804.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $473.52 | $473.52 | $473.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $46,449.00 | $24,258.38 | $24,258.38 | $1,223.32 |
| **Total Disbursements** | $61,253.00 | $24,731.90 | $24,731.90 | $1,696.84 |

    4). This case was originally filed under chapter 7 on 08/02/2016. The case was pending for 24 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2018          By:   /s/ David P. Leibowitz
                                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2016 Federal Tax Refund | 1224-000 | $1,696.84 |
| US Treasury | 1280-000 | $1,179.16 |
| **TOTAL GROSS RECEIPTS** | | **$2,876.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| LAKEVA SCOTT | Funds to Third Parties | 8500-002 | $1,179.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,179.16** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Great American Finance | 4110-000 | $1,938.00 | $0.00 | $0.00 | $0.00 |
| | Westlake Financial Svc | 4110-000 | $6,866.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$8,804.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $424.21 | $424.21 | $424.21 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $27.42 | $27.42 | $27.42 |
| Green Bank | 2600-000 | NA | $21.89 | $21.89 | $21.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$473.52** | **$473.52** | **$473.52** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Serivce | 5800-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SpeedyRapid Cash | 7100-000 | $0.00 | $141.50 | $141.50 | $7.13 |
| 2 | TD Bank, USA | 7100-900 | $1,251.00 | $1,251.86 | $1,251.86 | $63.13 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $304.00 | $348.04 | $348.04 | $17.55 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $2,229.00 | $2,490.81 | $2,490.81 | $125.61 |
| 5 | Quantum3 Group LLC as agent for | 7100-900 | $421.00 | $421.78 | $421.78 | $21.27 |
| 6 | Quantum3 Group LLC as agent for | 7100-900 | $953.00 | $953.59 | $953.59 | $48.09 |
| 7 | Quantum3 Group LLC as agent for | 7100-900 | $542.00 | $601.31 | $601.31 | $30.32 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,455.00 | $2,176.47 | $2,176.47 | $109.76 |
| 9 | Navient Solutions, LLC. on behalf of | 7100-000 | $13,505.00 | $14,305.49 | $14,305.49 | $721.41 |
| 10 | Directv, LLC | 7100-000 | $174.00 | $625.34 | $625.34 | $31.54 |
| 11 | Department Stores National Bank | 7100-900 | $942.00 | $942.19 | $942.19 | $47.51 |
| | American Airlines/CitiGroup | 7100-000 | $1,300.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $3,708.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago Corporate Counselor | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $170.00 | $0.00 | $0.00 | $0.00 |
| | ComEd | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | First Premier Bank | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | Great American Finance | 7100-000 | $978.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Harvard Collection | 7100-000 | $2,368.00 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Sallie Mae | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sears/cbna | 7100-000 | $2,176.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/Walmart | 7100-000 | $1,673.00 | $0.00 | $0.00 | $0.00 |
| Westlake Financial Group | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $46,449.00 | $24,258.38 | $24,258.38 | $1,223.32 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 16-24883 | | Trustee Name: | David Leibowitz |
| Case Name: | SCOTT, LAKEVA | | Date Filed (f) or Converted (c): | 08/02/2016 (f) |
| For the Period Ending: | 8/3/2018 | | §341(a) Meeting Date: | 08/30/2016 |
| | | | Claims Bar Date: | 08/02/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2004 Nissan Armada (180k miles) | $9,225.00 | $0.00 | | $0.00 | FA |
| 2  Misc used household goods and furnishings. | $2,150.00 | $2,150.00 | | $0.00 | FA |
| 3  2 Television, 1 DVD Player, 1 Tablet, 1 Video-Game System and Cell Phone. | $1,000.00 | $700.00 | | $0.00 | FA |
| 4  Books & Family Pictures | $50.00 | $0.00 | | $0.00 | FA |
| 5  Necessary Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 6  Costume Jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 7  Cash | $30.00 | $0.00 | | $0.00 | FA |
| 8  Prepaid Debit Card Account Now | $20.00 | $0.00 | | $0.00 | FA |
| 9  Retirement Plan Ford Motor Company | $3,556.00 | $0.00 | | $0.00 | FA |
| 10  Term Life Insurance Policy through Employer - No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| 11  2016 Federal Tax Refund (u) | $0.00 | $1,696.84 | | $1,696.84 | FA |
| **Asset Notes:**  Debtor's Pro-Rated Portion: $1,179.16 | | | | | |
| 12  2017 Ford Profit-Sharing Payment (u) | $0.00 | $5,252.30 | | $0.00 | FA |
| **Asset Notes:**  Petition was filed 1/23/2017--most of this was earned post-petition. | | | | | |
| 13  2016 Ford Profit Sharing Payment (u) | $3,494.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  updated per amended schedules filed 1/23/17 | | | | | |
| **TOTALS (Excluding unknown value)** | **$19,975.00** | **$9,799.14** | | **$1,696.84** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

06/17/2018  2018 Reporting Period:
TFR hearing set for June 28, 2018.

Case 16-24883 Doc 46 Filed 08/14/18 Entered 08/14/18 10:33:12 Desc Main
Document Page 7 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 16-24883 | | | Trustee Name: | David Leibowitz |
| Case Name: | SCOTT, LAKEVA | | | Date Filed (f) or Converted (c): | 08/02/2016 (f) |
| For the Period Ending: | 8/3/2018 | | | §341(a) Meeting Date: | 08/30/2016 |
| | | | | Claims Bar Date: | 08/02/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/26/2017   2017 Reporting Period:

Trustee intercepted Debtor's 2016 Federal Tax Refund of which, the estate portion is $1,696,84. The Trustee is additionally following-up regarding Debtor's Ford Profit-Sharing income from 2016.

Upon resolution of the profit-sharing funds, and after claims bar date (8/2/17) case will be ready for TFR.

| **Initial Projected Date Of Final Report (TFR):** | 04/26/2018 | **Current Projected Date Of Final Report (TFR):** | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No.: | 16-24883 | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | SCOTT, LAKEVA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9017 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/2/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2017 | | US Treasury | Income Tax Refund | * | $2,876.00 | | $2,876.00 |
| | {11} | | estate portion of tax refund   $1,696.84 | 1224-000 | | | $2,876.00 |
| | | | Debtor's portion   $1,179.16 | 1280-000 | | | $2,876.00 |
| 05/05/2017 | 3001 | LAKEVA SCOTT | Debtor's Pro-Rated Portion - 2016 Tax Refund | 8500-002 | | $1,179.16 | $1,696.84 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.14 | $1,693.70 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.82 | $1,690.88 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.55 | $1,688.33 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.72 | $1,685.61 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.72 | $1,682.89 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.62 | $1,680.27 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.62 | $1,677.65 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.70 | $1,674.95 |
| 07/05/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $27.42 | $1,647.53 |
| 07/05/2018 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $424.21 | $1,223.32 |
| 07/05/2018 | 3004 | SpeedyRapid Cash | Claim #: 1; Amount Claimed: $141.50; Distribution Dividend: 5.04%; | 7100-000 | | $7.13 | $1,216.19 |
| 07/05/2018 | 3005 | TD Bank, USA | Claim #: 2; Amount Claimed: $1,251.86; Distribution Dividend: 5.04%; | 7100-900 | | $63.13 | $1,153.06 |
| 07/05/2018 | 3006 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: $348.04; Distribution Dividend: 5.04%; | 7100-900 | | $17.55 | $1,135.51 |
| 07/05/2018 | 3007 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: $2,490.81; Distribution Dividend: 5.04%; | 7100-900 | | $125.61 | $1,009.90 |
| 07/05/2018 | 3008 | Quantum3 Group LLC as agent for | Claim #: 5; Amount Claimed: $421.78; Distribution Dividend: 5.04%; | 7100-900 | | $21.27 | $988.63 |
| 07/05/2018 | 3009 | Quantum3 Group LLC as agent for | Claim #: 6; Amount Claimed: $953.59; Distribution Dividend: 5.04%; | 7100-900 | | $48.09 | $940.54 |
| 07/05/2018 | 3010 | Quantum3 Group LLC as agent for | Claim #: 7; Amount Claimed: $601.31; Distribution Dividend: 5.04%; | 7100-900 | | $30.32 | $910.22 |

**SUBTOTALS**  $2,876.00   $1,965.78

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-24883 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCOTT, LAKEVA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9017 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/2/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2018 | 3011 | PYOD, LLC its successors and assigns as assignee | Claim #: 8; Amount Claimed: $2,176.47; Distribution Dividend: 5.04%; | 7100-900 | | $109.76 | $800.46 |
| 07/05/2018 | 3012 | Navient Solutions, LLC. on behalf of | Claim #: 9; Amount Claimed: $14,305.49; Distribution Dividend: 5.04%; | 7100-000 | | $721.41 | $79.05 |
| 07/05/2018 | 3013 | Directv, LLC | Claim #: 10; Amount Claimed: $625.34; Distribution Dividend: 5.04%; | 7100-000 | | $31.54 | $47.51 |
| 07/05/2018 | 3014 | Department Stores National Bank | Claim #: 11; Amount Claimed: $942.19; Distribution Dividend: 5.04%; | 7100-900 | | $47.51 | $0.00 |
| | | | **TOTALS:** | | $2,876.00 | $2,876.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,876.00 | $2,876.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,876.00 | $2,876.00 | |

| For the period of 8/2/2016 to 8/3/2018 | | For the entire history of the account between 05/01/2017 to 8/3/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,876.00 | Total Compensable Receipts: | $2,876.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,876.00 | Total Comp/Non Comp Receipts: | $2,876.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,696.84 | Total Compensable Disbursements: | $1,696.84 |
| Total Non-Compensable Disbursements: | $1,179.16 | Total Non-Compensable Disbursements: | $1,179.16 |
| Total Comp/Non Comp Disbursements: | $2,876.00 | Total Comp/Non Comp Disbursements: | $2,876.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-24883 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SCOTT, LAKEVA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9017 | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/2/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,876.00 | $2,876.00 | $0.00 |

| For the period of 8/2/2016 to 8/3/2018 | | For the entire history of the case between 08/02/2016 to 8/3/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,876.00 | Total Compensable Receipts: | $2,876.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,876.00 | Total Comp/Non Comp Receipts: | $2,876.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,696.84 | Total Compensable Disbursements: | $1,696.84 |
| Total Non-Compensable Disbursements: | $1,179.16 | Total Non-Compensable Disbursements: | $1,179.16 |
| Total Comp/Non Comp Disbursements: | $2,876.00 | Total Comp/Non Comp Disbursements: | $2,876.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ